1002

[No. 17677-3-I.   Division One.   April 4, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID MARTIN
DOUBLE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84-1-02651-7, Robert M. Elston, J., entered
December 3, 1985. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Williams and Pekelis, JJ.

[No. 19851-3-I.   Division One.   April 4, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RUBEN
McCULLOUGH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85-1-03559-0, James J. Dore, J., entered Jan-
uary 16, 1987. *Affirmed* by unpublished opinion per Wil-
liams, J., concurred in by Scholfield, C.J., and Coleman, J.

[No. 21334-2-I.   Division One.   April 4, 1988.]

THE CITY OF SEATTLE, *Respondent,* v. RICHARD A.
TAGGART, *Petitioner.*

Appeal from a judgment of the Superior Court for King
County, No. 87-1-00258-2, Anne L. Ellington, J., entered
October 19, 1987. *Reversed* by unpublished per curiam
opinion.

[No. 19442-9-I.   Division One.   April 4, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. QUINCLYN
ALANDUS JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85-1-04148-4, Shannon Wetherall, J., entered
September 29, 1986. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Coleman, A.C.J., and Swanson,
J.